```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BECKLEY
```

**MARK D. ZIMMERMAN,**

    **Plaintiff,**

**v.**                                              **CIVIL ACTION NO. 5:05-0740**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    **Defendant.**

### MEMORANDUM OPINION AND ORDER

By Standing Order entered July 21, 2004, and filed in this case on September 8, 2005, this action was referred to United States Magistrate Judge R. Clarke VanDervort for submission of proposed findings and recommendation.  Magistrate Judge VanDervort submitted his proposed findings and recommendation on June 15, 2006.  In that Proposed Findings and Recommendation, the magistrate judge recommended that this court 1) deny the plaintiff's motion for judgment on the pleadings, 2) grant the defendant's motion for judgment on the pleadings, 3) affirm the final decision of the Commissioner, and 4) dismiss this action from the court's docket.

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted ten days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation.  No party has filed objections within the

requisite period, and the failure of any party to file such objections constitutes a waiver of such party's right to a <u>de novo</u> review by this court. <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989); <u>Thomas v. Arn</u>, 474 U.S. 140 (1985).

Having reviewed the Proposed Findings and Recommendation filed by the magistrate judge, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby **DENIES** the plaintiff's motion for judgment on the pleadings, **GRANTS** the defendant's motion for judgment on the pleadings, **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this matter from the court's docket.

The Clerk is directed to forward a certified copy of this written Memorandum Opinion and Order to counsel of record.

IT IS SO ORDERED this 10th day of July, 2006.

ENTER:

David A. Faber
Chief Judge